IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :   Consolidated Under
LIABILITY LITIGATION (No. VI) :   MDL DOCKET NO. 875
                              :
VARIOUS PLAINTIFFS      **FILED**
                              :
   v.                   NOV - 5 2012   Cases transferred from the
                                       District of Connecticut,
VARIOUS DEFENDANTS   MICHAEL E. KUNZ, Clerk  listed in Exhibit "A,"
                     By_____Dep. Clerk   attached

                    O R D E R

    **AND NOW**, this **2nd** day of **November, 2012**, it having been

reported that the issues between Defendants and Plaintiffs in the

cases listed in Exhibit "A," attached, have been settled, and

upon Order of the Court pursuant to the provisions of Rule

41.1(b) of the Local Rules of Civil Procedure of this Court, it

is hereby **ORDERED** that the cases listed in Exhibit "A" are

**DISMISSED** as to all Defendants with prejudice, pursuant to

agreement of counsel without costs.[1]

    It is further **ORDERED** that the cases listed in Exhibit "A"

be marked **CLOSED**.

            IT IS SO ORDERED.

                          _____
                           Eduardo C. Robreno, J.

_____

    [1]    The Court will retain jurisdiction for ninety (90) days
to hear motions to vacate, modify, or strike from the record, for
cause shown, the entry of the order of dismissal.  Local Rule of
Civil Procedure 41.1(b); see Sawka v. Healtheast, Inc., 989 F.2d
138, 141 (3d Cir. 1993).

## Exhibit A

| | | | | |
|---|---|---|---|---|
| 2:09-cv-71983-ER | STANNARD v. CBS CORP. et al | | 2:10-cv-68060-ER | HOLMGREN v. GENERAL ELEC CO et al |
| 2:09-cv-91506-ER | CANTONE v. GENERAL ELECTRIC CO et al | | 2:10-cv-69374-ER | ZEMA v. GENERAL ELECTRIC COMPANY et al |
| 2:09-cv-91508-ER | ARCHER v. GENERAL ELECTRIC CO et al | | 2:10-cv-69375-ER | IORLANO v. GENERAL ELEC CO et al |
| 2:09-cv-91852-ER | WIGHT et al v. GENERAL ELECTRIC CO et al | | 2:10-cv-69376-ER | CAVANAGH v. GENERAL ELEC COMPANY et al |
| 2:09-cv-92195-ER | ALLEN v. CBS CORP. et al | | 2:10-cv-69377-ER | ITURRINO v. GENERAL ELEC CO et al |
| 2:09-cv-92196-ER | BENJAMIN v. GENERAL ELECTRIC CO et al | | 2:10-cv-69378-ER | WIMBERLY v. GENERAL ELEC CO et al |
| 2:09-cv-92197-ER | SPRALLING v. GENERAL ELECTRIC CO et al | | 2:10-cv-78911-ER | LAWTON v. GENERAL ELEC CO et al |
| 2:09-cv-92199-ER | GLAUDE v. GENERAL ELECTRIC CO et al | | 2:10-cv-78912-ER | KILLIMADE v. GENERAL ELEC CO et al |
| 2:09-cv-92200-ER | GODFREY v. GENERAL ELECTRIC CO et al | | 2:10-cv-78913-ER | RUSHFORD v. GENERAL ELEC CO et al |
| 2:09-cv-92202-ER | JONES v. GENERAL ELECTRIC CO et al | | 2:10-cv-78915-ER | CAINE v. GENERAL ELEC CO et al |
| 2:09-cv-92204-ER | MOLONSON v. GENERAL ELECTRIC CO et al | | 2:10-cv-78916-ER | LUCHKA v. GENERAL ELEC CO et al |
| 2:09-cv-92205-ER | PATRIDGE v. GENERAL ELECTRIC CO et al | | 2:10-cv-78917-ER | DELANEY v. GENERAL ELEC CO et al |
| 2:09-cv-92206-ER | SPRAGUE v. GENERAL ELECTRIC CO et al | | 2:10-cv-78918-ER | BLATCHFORD v. GENERAL ELEC CO et al |
| 2:10-cv-60987-ER | HARVEY v. GENERAL ELECTRIC CO. et al | | 2:10-cv-78919-ER | MICELI v. GENERAL ELEC CO et al |
| 2:10-cv-60989-ER | GAUDREAU v. GENERAL ELECTRIC CO. et al | | 2:10-cv-78920-ER | VERHOEST v. GENERAL ELEC CO et al |
| 2:10-cv-61008-ER | SMITH v. GENERAL ELECTRIC CO. et al | | 2:10-cv-78921-ER | BESCOTTE v. GENERAL ELEC CO et al |
| 2:10-cv-64601-ER | MOORE v. CBS CORP et al | | 2:10-cv-78922-ER | ROACHE v. GENERAL ELEC CO et al |
| 2:10-cv-68059-ER | BOYD v. CBS CORP et al | | 2:10-cv-78923-ER | DIMOCK v. GENERAL ELEC CO et al |
| 2:10-cv-78954-ER | MERFELD v. GENERAL ELEC CO et al | | 2:10-cv-78924-ER | PECKHAM v. GENERAL ELEC CO et al |
| 2:10-cv-78957-ER | JERVIS v. GENERAL ELEC CO et al | | 2:10-cv-78925-ER | FLORENCE v. GENERAL ELEC CO et al |
| 2:10-cv-80829-ER | HOULIHAN v. GENERAL ELECTRIC CO et al | | 2:10-cv-78950-ER | GAVITT v. GENERAL ELEC CO et al |
| 2:10-cv-80833-ER | BAILEY v. GENRAL ELEC CO et al | | | |

Certificate of Service

**MAILED:**

CARA CERASO

J. KMIEC

JEFFREY MENT

LOIS FRANKFORTE

SHARON NEIBERG

**E-MAILED:**

| | | |
|---|---|---|
| ADAM MARTIN | JAMES SHEARIN | MICHAEL ZUKOWSKI |
| ALEX TORIBIO | JAMIE MAGNANI | NJOKI WILLIAMS |
| AMITY ARSCOTT | JASON HENDERSON | PETER MARKS |
| BETH OLDMIXON | JENNIFER HATCH | REED SLATAS |
| BRYNA MISIURA | JOHN GARDELLA | RICHARD DIGHELLO |
| CARLO BONAVITA | JOHN ROONEY | ROBERT BYSTROWSKI |
| CATHERINE JASONS | JONATHAN TABASKY | ROBERT LUDLUM |
| CATHERINE MOHAN | JOSHUA AUXIER | ROBERT WILKINSON |
| CHARLES SHEEHAN | KEVIN MCCAFFREY | SARAH O'LEARY |
| CHRISTOPHER SANETTI | LONNA CARTER | SHANNON PHILIPP |
| COREY DENNIS | MARIANNE BROWN | SHARON SOLINSKY |
| DAN LABELLE | MATTHEW ZAMALOFF | STEPHEN EMBRY |
| EDWARD STORCK | MELICENT THOMPSON | THOMAS CLARK |
| GEOFFREY SQUITIERO | MELISSA RILEY | THOMAS MAXWELL |
| JAMES OSWALD | MICHAEL SIMONS | WILLIAM GALLITTO |
| | | WILLIAM MURRAY |

CT Order 11.5.12.xlsx